IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-197-REB-NRN

TINA MEHAFFEY,

    Plaintiff,

v.

NAVENT SOLUTIONS, LLC,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Judgment is hereby entered.

Pursuant to the Order [ECF 74] entered by Senior United States District Judge Robert E. Blackburn on June 17, 2021, it is

ORDERED that the claims of the plaintiff are dismissed with prejudice. It is

FURTHER ORDERED that judgment with prejudice is entered on behalf of defendant, Navient Solutions, LLC, and against plaintiff, Tina Mehaffey, as to all claims for relief and causes of action asserted herein. It is

FURTHER ORDERED that defendant is awarded its costs, to be taxed by the clerk of the court in the time and manner specified in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

This case will be closed.

DATED June 21, 2021, at Denver, Colorado.

        FOR THE COURT:

        Jeffrey P. Colwell, Clerk

        By:    s/L.Roberson
                   L. Roberson
                   Deputy Clerk